

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2015

No. 04-15-00243-CV

**IN RE RYDER INTEGRATED LOGISTICS, INC.**
and Ryder Integrated Logistics of Texas, LLC

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Luz Elena D. Chapa, Justice

On May 19, 2015, relators filed an opposed motion to stay discovery pending the court's determination of the pending petition for writ of mandamus.

Relator's motion is GRANTED. All discovery deadlines in the underlying proceeding are temporarily STAYED and the parties are precluded from conducting further discovery in the trial court Cause No. 2010-CI-03779 pending further order of this court.

It is so **ORDERED** on May 21, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2010-CI-03779, styled *Denise Molina and George Duzane, Co-conservators of Rafael "Ralph" Molina and Rafael "Ralph" Molina v. Ryder Integrated Logistics, Inc.; Ryder Integrated Logistics of Texas, LLC; and Ernesto Solis, Lucila Solis, Sonia Martin Solis, Elijah Angel Solis, and Roberto Solis Jr., Legal Heirs of the Estate of Roberto Solis Sr.*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel Jr. presiding.